EUGENE ILLOVSKY (CA SBN 117892)
Eugene@illovskylaw.com
ILLOVSKY LAW OFFICE
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
Telephone: 510.394.5885

Attorneys for Defendant
JUAN CARLOS GARCIA-AVILA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL BARRETO-MORA, a/k/a "Misael Ledesma-Renteria," a/k/a Misael Renteria," JESUS ALBERTO BUENO-MEZA, a/k/a "Jesus Meza," RAUL GUADALUPE MONJARDIN-IRIBE, FELIPE ENRIQUEZ, JR. a/k/a "Felipe Enriquez," JUAN CARLOS GARCIA-AVILA, JENNY HONG NGUYEN, LEOBARDO MONJARDIN-IRIBE, and PETER TRAN, a/k/a "Khanh Xuan Tran,"<br><br>Defendants. | Case No.   CR 15-00375 EJD<br><br>**SENTENCING MEMORANDUM ON BEHALF OF DEFENDANT JUAN CARLOS GARCIA-AVILA**<br><br>CTRM: Hon. Edward J. Davila<br>DATE: August 29, 2016<br>TIME:  1:30 pm |

Defendant Juan Garcia-Avila submits this Memorandum in connection with the Court's upcoming decision on his judgment and sentence.

Background

Mr. Garcia-Avila was first charged in July of 2015 for an offense that occurred in July of 2014. Not too long after his arrest and initial appearance in November of 2015, he decided to make no motions, plead guilty, and accept responsibility for his conduct so that he could start to make amends and build his life. The Court in November granted Mr. Garcia-Avila release on

bail, despite the charges, and later decided he could remain out of custody even after he entered his guilty plea. Mr. Garcia-Avila now respectfully asks the Court for a variance from the advisory guideline range.

Probation's Recommended Sentence

Mr. Garcia-Avila has reviewed the presentence report with counsel, believes it is generally well-done, and has no objections to it. Among other things, Probation recommends a variance of six months from the low-end of the advisory guidelines range of 18 to 24 months. Probation recommends the sentence of 12 months and 1 day, based on the view that such a recommendation reflects a "balance" between the offense and defendant's personal history and characteristics. Probation noted not only Mr. Garcia-Avila's "relative youth at the time of the offense," but emphasized "his long history of employment," his "prospects for the future," and "his efforts at furthering his educational/vocational training."

While stating it believes some period of imprisonment necessary, Probation recognizes that Mr. Garcia-Avila "finds himself at a crossroads between trying to maintain a productive life (i.e., he's working and pursuing vocational training) and being removed from society for an extended period." Indeed. Mr. Garcia-Avila is "at a crossroads." And we think that his behavior since the end of last year, his commitment, and his efforts "to maintain a productive life" merit the Court's strong consideration in determining the appropriate sentence and in granting a variance.

Considerations for a Variance: Prospects for the Future

We believe a variance from the guidelines range is appropriate here and ask the Court for it. Under 18 U.S.C. § 3553(a), in deciding whether a variance is appropriate, the Court must consider "the history and characteristics of the defendant," as Probation notes. As it considers Mr. Garcia-Avila's personal characteristics, we concur with Probation that the Court should consider Mr. Garcia-Avila's history of employment and prospects for the future. Mr. Garcia-Avila has exhibited seriousness and a level of commitment to his children and also to his budding career as a welder. He has shown natural ability as well as a desire to work hard. He has found a purpose in his work and a career that he hopes to advance in, and work, for the rest of his working

SENTENCING MEMORANDUM, ETC.
Case No. CR 15-00375 EJD

2

life. Probation has touched on this issue, but we offer a little more detail that may help the Court in its sentencing decision.

Mr. Garcia-Avila has been working at Bay Ship & Yacht Co. shipyard in Alameda. He started learning the craft from his father, who is an expert welder there. He has done very well at the job; the company has given him raises and sent him to a welding class at Laney Community College (which he attended at nights after work).[1] The commitment and purpose in life he has found are perhaps best reflected in the words of the extraordinary character reference letters Mr. Garcia-Avila was able to provide to Probation and which are attached for the Court's convenience.

Captain Joe McCormick, of the U.S. Army Corps of Engineers and master of the Derrickboat Raccoon, worked with Mr. Garcia-Avila through April 2016 while conducting daily inspections and quality control work on a project being done at the shipyard. Captain McCormick said he "found Juan to be honest, hardworking and dedicated to customer service." He notes Mr. Garcia-Avila's desire to learn, observed how he "was there every day and took his job seriously," and explains how he "saw Juan learn and grow as a welder in a short six months." The Captain also saw the salutary effects on the young man of being in a busy, "high quality maritime facility" that employs "some of the most professional, very hardworking and honest shipyard workers" he has "ever been exposed to."

Mr. Garcia-Avila's superiors at the shipyard have also written the Court to express their support. Jose Gomez, who hired him on in December 2015, notes that "Juan has proven to be a fine worker and employee." Not only is he "respectful and cooperative," but he is "reliable for work, prepared on the job, quick to learn and able to apply his new skills properly." Mr. Gomez notes that "Juan has a natural talent for welding" and hopes he will be "allowed to continue to work within the welding craft." Mr. Garcia-Avila's Supervisor, David Gunn, chimes in that "Juan has great work ethic and a positive attitude." He calls him "very forthright, completely

---

[1] His professor from that class has written a character reference for Mr. Garcia-Avila, which has been provided to the Court.

SENTENCING MEMORANDUM, ETC.
Case No. CR 15-00375 EJD

3

honest and humble." Mr. Gunn describes how he once "asked Juan why he wanted to be a welder and he said he wanted to learn a trade and have a purpose." As Mr. Gunn tells the Court, Juan "already has a purpose to us here at BS&Y."

Appropriate Sentence

Were the Court to sentence him in accordance with Probation's recommendation, Mr. Garcia-Avila would serve actual time of a little over 10 months, taking good time credit into account.[2] The Court could give Mr. Garcia-Avila a slightly greater variance to a 10 month sentence, but one that is a split sentence. For instance, the Court could give a 10-month sentence, consisting of some combination of 5 or fewer months in prison and 5 or more months in home- or community confinement. Such a sentence would exact punishment and reflect the seriousness of the offense, but at the same time also help ensure that Mr. Garcia-Avila has the chance to get back into the workforce be the contributing member of society and good father he has shown he can be.

Dated: August 19, 2016

Respectfully submitted,

EUGENE ILLOVSKY
ILLOVSKY LAW OFFICE

By: _____
EUGENE ILLOVSKY
Attorneys for Defendant
JUAN CARLOS GARCIA-AVILA

---

[2] Probation's recommended 12 month and 1 day sentence could fall in Zone B (offense level 11) or Zone C (offense levels 12 or 13) of the Guidelines.

ATTACHMENT
(LETTERS OF REFERENCE)

LETTER of REFERRENCE for JUAN CARLOS GARCIA-AVILA          05.12.2016

Honorable Edward J Davila

Dear Judge Davila,

My name is Joe McCormick, Captain of the Derrickboat RACCOON (built 1940) of the US Army Corps of Engineers San Francisco District. I have worked for the US Army and Department of Defense for 24 years. I am also a veteran of the US Army serving overseas in the 1980's.

This letter is an effort to give my honest charter reference of Mr. Juan Carlos Garcia-Avila to you as I know him. I have had the experience working with Juan at Bay Ship & Yacht Shipyard in Alameda Ca. recently between the dates of Sept 2015 thru April 2016.

I met Juan while I conducted daily inspections and quality control work on the Hazard Collection Vessel RACCOON repair and maintenance contract. Juan was working and learning from his father Saul Munoz who is an expert welder at BS&Y. I found Juan to be honest, hardworking and dedicated to customer service. He frequently asked me questions as to detailed work on various components of repairs to the RACCOON's new safety handrails, exhaust stack modifications and wheelhouse foundation replacements.

After completion of his work on the RACCOON (April 2015) he asked me for a letter of character reference and shared with me the seriousness of his situation and legal charges. I agreed and while considering the writing of this letter for Juan I had realized some very positive aspects of Juan's current work and life that I would like to share with you.

First off as you know young men can get involved with the wrong crowd more often than we all would like to see. Juan has actually been lucky enough and willing enough to continue working in a major commercial hub BS&Y Companies, that is a very busy, vital and high quality maritime facility on the West Coast. Juan has got to be one of the youngest men currently working at the shipyard. These men he works with are some of the most professional, very hardworking and honest shipyard workers that I have ever been exposed to in my career.

It is my opinion that his life would benefit greatly by continuing to be a part of this environment where he is exposed to honest hardworking family men who are in a positive and supportive work place where he can grow and learn skilled trades that will carry him throughout life. I have no experience with a correctional facility but I can't imagine if there is any comparable guidance there for a young man. I saw Juan learn and grow as a welder in a short 6 months. He was there every day and took his job seriously. I had no problems with him or his work. He listened to instructions and made corrections where needed.

In conclusion, in talking with Juan several times about life in general I do believe that he has learned from his past and if you will, charted a new course for a responsible life. The shipyard is an amazing place, you see the historical work horses of the west coast and Pacific Ocean. It is a prideful place and a family atmosphere of brothers working on the same goals including high quality ethics, morals and principles.

I have encouraged Juan to continue working hard and staying out of trouble. I also fully respect the law and the great work that the entire legal system does on a daily basis. Please feel free to contact me at the below telephone numbers if needed. Thank you for your time and service.

Respectfully,

Captain Joe McCormick

Master, Derrickboat Raccoon (415)699-1482

US Army Corps of Engineers, San Francisco District, 2100 Bridgeway Blvd. Sausalito Ca 94965

Personal Cell (707)889-3511 / Office 415-289-3060

**US Army Corps of Engineers**
San Francisco District

**JOE McCORMICK**
200 Ton Inland Master
Navigation Section

Base Yard, 2100 Bridgeway Blvd.
Sausalito, CA 94966

(415) 699-~~1990~~
699-1482
~~332-0394~~
Fax 332-~~5953~~



May 6, 2016

Re:   Character Reference – Juan Garcia Avila

To Whom It May Concern:

I am writing this letter in hopes that my observations of Mr. Juan Garcia Avila's character may be given consideration.

I am sad to hear about his involvement in an event which has led to his current situation with the law. And although I have only spoken to him briefly about the event, I do believe he is sincerely remorseful for his situation.

I first met Mr. Juan Garcia Avila, through his father, who had asked me to consider hiring Juan as a trainee welder. His father hoped that employment would give Juan the opportunity to increase his welding skills so he could become productive. Since I was in need of additional help, and I understood Juan to have basic welding skills, I decided to hire him on December 2015.

Since that time, Juan has worked in my department and proven to be a fine worker and employee. He is reliable for work, prepared on the job, quick to learn and able to apply his new skills properly. I have not had any complaints about his comportment-he is respectful and cooperative, or his work performance. Juan has a natural talent for welding, and any lengthy break in service would delay his growth in direction that would only be positive. If he is allowed to continue to work within the welding craft, his skills will only improve, which would enable him to be a productive member of society.

Should you have any questions regarding the above details, please do not hesitate to contact me at (510) 337-9122 extension 295.

Sincerely,

Jose Gomez.

To whom it may concern,

My name is David Gunn and I am a Supervisor here at Bay Ship & Yacht. I have had the privilege of having Juan Garcia on a number of projects and from what I have observed, Juan has great work ethic and a positive attitude, I have only known of him to be very forthright, completely honest and humble. I asked Juan why he wanted to be a welder and he said he wanted to learn a trade to have a purpose, well he I learning quite quickly and already has a purpose to us here at BS&Y and I believe if he is given enough time to learn here we will find that he can be just as much of an asset to society as he is for us in the work place. Thank you for your time

Regards,

David Gunn

Project Superintendent,

Bay ship & Yacht co.

1-510-365-9789

May 16, 2016

Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Re: Character Reference for Juan Garcia-Avila

Dear Judge Davila:

I am writing on behalf of Juan Garcia-Avila in connection with his upcoming sentencing.

Juan is a welding student of mine at Laney College, since January of this year. He has always been an attentive and helpful student with a good attendance record and great work ethic. The few times he was absent were times when he needed to be present for his family and take care of his young daughter. I have a child of similar age, and it was fun to share stories with him and see the delight that he obviously has for her.

I do not know the details of the offense. Juan has expressed to me his eagerness to accept responsibility while still caring for his family and planning for his future. It is my impression that he will continue to do well in his welding studies and eventually win gainful employment in the field. I look forward to seeing him back in class.

I hope that any penance required by law will recognize his positive actions, and not delay him unnecessarily on his road to a valuable career.

Respectfully yours,

Liisa Pine Schoonmaker
Instructor and Department Chair
Department of Welding
Laney College