# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

### Report on Offender Under Supervision

**Name of Offender**  
Juan Carlos Garcia-Avila

**Docket Number**  
0971 5:15CR00375-005 EJD

**Name of Sentencing Judge:** The Honorable Edward J. Davila  
United States District Judge

**Date of Original Sentence:** August 29, 2016

**Original Offense**  
Count Ten: Distribution and Intent to Distribute Cocaine, 21 U.S.C. § 841 (a)(1) and 84(b)(1)(C), a Class C Felony.

**Original Sentence:** 12 months and 1 day custody; 3 years supervised release  
**Special Conditions:** Drug treatment and testing; abstain from alcoholic beverages; expanded search; $100.00 special assessment; drug offender registration.

**Prior Form(s) 12:** None

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Chinhayi Cadet

**Date Supervision Commenced**  
December 8, 2017  
**Defense Counsel**  
Eugene G. Illovsky  (Appointed)

### Petitioning the Court to Take Judicial Notice

RE:   Garcia-Avila, Juan Carlos                                                                                              2
         0971 5:15CR00375-005 EJD

**Cause**

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the Garcia-Avila violated standard condition number seven, which states in part that he shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

> On June 22, 2018, during a routine office contact, Garcia-Avila submitted to urinalysis, and produced a specimen that tested presumptive positive for marijuana. Prior to testing, he admitted to smoking marijuana earlier in the week, to relieve pain that he was experiencing in his knee.
>
> Evidence in support of this charge can be obtained in the probation officer's case notes, specifically dated June 22, 2018, and in the Northern District of California admission form, signed by Garcia-Avila, and dated June 22, 2018.

**Action Taken and Reason**

Garcia-Avila was admonished for the above mentioned drug use, and the probation officer recommended that he seek medical attention for pain management, and discontinue the use of marijuana. In light of Garcia-Avila's honesty about his marijuana use, it is respectfully requested that no disciplinary action be taken against him at this time. To support him in his sobriety, he has been re-referred to random urinalysis testing with a local contract treatment provider. Should it be discovered that he requires additional intervention to achieve sobriety, he will be referred for substance abuse treatment, proportionate to his level of need. Garcia-Avila has been informed that future drug use may also be met with a recommendation for sanctions.

Respectfully submitted,                                          Reviewed by:

_____                                _____
Morgan Calhoun                                                      Michael McFarland
U.S. Probation Officer                                              Supervisory U.S. Probation Officer
Date Signed: June 28, 2018

**RE:**   Garcia-Avila, Juan Carlos   3
         0971 5:15CR00375-005 EJD

THE COURT ORDERS:

- ☑ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for a warrant
- ☐ Submit a request for summons
- ☐ Other:

7/2/2018
_____    _____
Date                                Edward J. Davila
                                    United States District Judge